UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES T. WHITEHEAD,

                        Plaintiff,

                                                              DECISION AND ORDER

                                                              11-CV-6394L

                        v.

STATE OF NEW YORK, et al.,

                        Defendants.
_____

       Plaintiff's motion (Dkt. #29) for this Court to reconsider its Order of November 16, 2011 (Dkt. #14) is in all respects denied.

       IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        February 3, 2012.