UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JAMES T. WHITEHEAD,

                              Plaintiff,

                                                                     <u>DECISION AND ORDER</u>

                                                                         11-CV-6394L

                              v.

STATE OF NEW YORK, et al.,

                              Defendants.
_____

      Plaintiff's motion (Dkt. #29) for this Court to reconsider its Order of November 16, 2011 (Dkt. #14) is in all respects denied.

      IT IS SO ORDERED.

                                                 _____
                                                    DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
        February 3, 2012.